✎AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| TAMU WALKER | Case Number: 6:01CR60004-001 |
| | USM Number: 06058-010 |
| | Dan Becker |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  pled guilty to violation of condition(s)  Standard Drug Condition, Special Condition #1, Standard Condition #1, and Standard Condition #6 , of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Standard Drug Condition | Tested Positive for Cocaine on 9/9/2006, 9/30/2006 and 10/14/2006 | 10/14/2006 |
| Special Condition #1 | Failed to Report for Urinalysis as Directed on 12/09/2006 | 12/09/2006 |
| Special Condition #1 | Failed to Comply with In-Patient Drug Program Requirements | 12/26/2006 |
| Standard Condition #1 | Failed to Attend Bi-Monthly Outpatient Substance Abuse Counseling | 12/2006 |
| Standard Condition #6 | Failure to Notify of Change in Employment | 11/07/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-0060

Defendant's Date of Birth: XX/XX/1974

Defendant's Residence Address:

XXXXXXXXXXXXXXX

Hot Springs, AR 71901

Defendant's Mailing Address:

Same as above

January 10, 2007
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, United States District Judge
Name and Title of Judge

January 11, 2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT:     TAMU WALKER
CASE NUMBER:   6:01CR60004-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :     **eight (8) months.**  No supervision will follow term of imprisonment.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

X  The defendant shall surrender to the United States Marshal for this district:

   X  no later than    1:00    ☐ a.m.  X p.m.   on    January 17, 2007   .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL